**JUDGE RICHARD A. JONES**

Hearing date: January 11, 2012

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DERRICK JOHNSON and AMY MARIE JOHNSON,<br>      Plaintiffs,<br>v.<br>US BANCORP, US BANK NATIONAL ASSOCIATION, aka US BANK, a subsidiary of US BANCORP a foreign corporation, JOHN DOE 1, JOHN DOE 2, JANE DOE 1, & JANE DOE 2,<br>      Defendants. | Case No. 2:11-cv-02010-RAJ<br><br>2nd SUPPLEMENTAL DECLARATION OF COUNSEL, CHELLIE HAMMACK RE: ATTORNEY FEES FOR MOTION TO COMPEL AND FOR SANCTIONS |

I, Chellie Hammack, state and affirm as follows:

1. I am the attorney for the claimant in the above entitled matter. I am over the age of 18 and competent to testify.

2. On February 11, 2013, the Court instructed counsel to provide the Court with her billing records associated with Claimant's Motion to Compel and for Sanctions by February 15, 2013. This is being provided as a supplement to counsel's prior declaration and is intended to comply with the Court's request.

3. A true and correct copy of my billing records for the relevant matters are attached as **Exhibit A**. I have included billing that relates to the motion but have not included a request for fees associated with all the billing entries.. The dates and corresponding fees that are outlined in my initial fee declaration are highlighted in

1 yellow and include entries for the following dates: December 21, 2012; December 24, 2012; January 11, 2013 & January 15, 2013. My billing records are identified by my initials, CH. My assistant's billing records are identified by his initials JG. I also requested a portion of my fees associated with the deposition of Bridie Winger. Those are included in the entry dated December 18, 2012. I have not requested all my fees but only 1.75 hours related to the deposition.

    I declare under penalty of perjury and the laws of the state of Washington, that the foregoing is true and correct to the best of my knowledge.

Dated this 15th day of February, 2013, signed in Seattle, Washington.

                                    /s/Chellie Hammack  
                                  Chellie Hammack, WSBA#31796  
                                  Attorney for Plaintiffs

## Certificate of Service

I, Chellie Hammack, attorney for Plaintiffs certify that I filed a copy of the attached Supplemental Declaration was electronically with the Court and thereby served the following:

Francis VanDusen & Ian Messerle
Miller Nash LLP
Attorney for Defendants
601 Union Street, #4400
Seattle, WA 98101

Janie Schulman & James Oliva
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013

Dated this 15th day of February, 2013         /s/Chellie Hammack
                                              Chellie Hammack, WSBA#31796
                                              Attorney for Plaintiff

Declaration- Page 3                                    **C.M. Hammack Law Firm**
                                                       1001 4th Avenue, Suite 3200
                                                       Seattle, WA 98154
                                                       (206) 223-1909