# Exhibit A

# CM Hammack Law Firm
1001 4th Avenue, Suite 3200
Seattle, WA 98154 USA

Ph:(206) 223-1909    Fax:(206) 223-1923

Derrick Johnson
14015 113th Ave. Ct. E
Puyallup, WA
98375 USA

February 15, 2013

**Attention:**

File #:  JD-003
Inv #:   Sample

RE:    2:11-cv-02010-RAJ

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-05-12 | Prepare for and attend discovery conference with Oliva re: failure to adequately answer/respond. | 1.50 | 442.50 | CH |
| Dec-11-12 | Review file re: promised supplemented discovery requests; draft email to Oliva, failure to supplement as promised | 0.30 | 88.50 | CH |
| Dec-13-12 | Review email from Oliva re: supplemental discovery requests; review responses. | 1.20 | 354.00 | CH |
| Dec-18-12 | Prepare for deposition of Bridie Winger; review documents; meet with client; attend deposition - 2:42 hours | 4.42 | 1,303.90 | CH |
| Dec-21-12 | Review discovery responses and prior emails; begin draft of motion for sanctions re: Winger/Heman | 2.30 | 678.50 | CH |
| Dec-24-12 | Receipt of deposition transcript of Winger, review transcript identify cites for motion. Continue and complete draft Motion to Compel and for Sanctions re: Heman & Winger deposition; | 5.20 | 1,534.00 | CH |
| Dec-26-12 | Reveiw email Schulman re: Motion to Compel; Notice to Court re: motion. | 0.60 | 177.00 | CH |
| Jan-11-13 | Review response and reply to Motion to Compel and for Sanctions | 3.25 | 958.75 | CH |

| Jan-15-13 | Arranged Judge's copies and brought Judge's copies of motion to court house | 0.50 | 62.50 | JG |
|---|---|---|---|---|
| | Totals | 19.27 | $5,599.65 | |

**Total Fee & Disbursements** $5,599.65

**Balance Now Due** $5,599.65