HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERRICK JOHNSON, et al.,

        Plaintiffs,

  v.

US BANCORP, et al.,

        Defendants.

CASE NO. C11-2010 RAJ

ORDER

      This matter comes before the court on plaintiffs' motion for leave to file excess pages in response to defendants' motion for summary judgment. Dkt. # 158. Plaintiffs request 45 pages, nearly double the allotted 24 pages. The court believes plaintiffs can adequately respond to defendants' motion for summary judgment in 24 pages. Accordingly, plaintiffs' motion is DENIED.

      Dated this 23rd day of April, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1