HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERRICK JOHNSON, et al.,

          Plaintiff,

   v.

U.S. BANCORP, et al.,

          Defendants.

CASE NO. C11-02010 RAJ

ORDER

This case is currently set for trial on August 12, 2013.  On April 11, 2013, Defendants filed a motion for summary judgment, noted for May 3, 2013.  However, since that time, it has come to the court's attention that Defendants have discovered new evidence regarding the "anonymous letter" that partially forms the basis of Plaintiffs' claims.  Dkt. # 205 at 6.  Additionally, the court has received communication from counsel indicating that the parties will mediate on June 26, 2013.  Although no party has yet moved to reopen discovery and/or conduct further depositions based upon this new information, the court will allow Plaintiffs to depose Kandis Sells and any other persons related to the receipt, copying, and retention of the anonymous letter.  The parties are ORDERED to conduct these depositions within 30 days from the date of the mediation (June 26), if necessary.  The court STRIKES the trial date and the noting date for Defendants' summary judgment motion.  At the end of the 30-day period, the parties are

ORDER- 1

1  to meet and confer and submit a joint status report, setting forth a proposed supplemental
2  briefing schedule on summary judgment, if any.  The court will reschedule trial after it
3  resolves the summary judgment motion.

     Dated this 12th day of June, 2013.

                                                          The Honorable Richard A. Jones
                                                          United States District Judge