HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERRICK JOHNSON, et al.,
                              Plaintiffs,

        v.

US BANCORP, et al.

                              Defendants.

CASE NO. C11-2010 RAJ

ORDER

This matter comes before the court on the parties' stipulation and order of dismissal with prejudice.  Dkt. # 217.  The court GRANTS the stipulation, and DISMISSES plaintiffs' complaint with prejudice and without the award of any fees or costs.  The Clerk is DIRECTED to terminate all outstanding motions (Dkt. # 169) and VACATE the pending orders to show cause regarding sanctions.  Dkt. ## 168, 179, 201.

        Dated this 23rd day of July, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1